# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** | : | **CIVIL ACTION NO. 1:10-CV-617** |
| as subrogee of Fulton Financial | : | |
| Corporation, | : | **(Judge Conner)** |
|              **Plaintiff** | : | |
|    v. | : | |
| | : | |
| **HANDWERK SITE CONTRACTORS** | : | |
| **Division of Blooming Glen Contractors,** | : | |
| **Inc. and UGI Corporation,** | : | |
|              **Defendants** | : | |

## **ORDER**

AND NOW, this 30th day of March, 2012, upon consideration of the motions in limine (Docs. 38, 45, 47, 49, 51, 53) of defendant Handwerk Site Contractors, and the responses thereto, and it appearing that the necessary disposition of said motions is dependent upon the court's resolution of the motion for summary judgment filed by U.G.I. defendants which are pending before Magistrate Judge Methvin, or are otherwise premature in light of the procedural posture of this matter, it is hereby ORDERED that said motions (Docs. 38, 45, 47, 49, 51, 53) are DENIED without prejudice.

                                                                             S/ Christopher C. Conner
                                                                           CHRISTOPHER C. CONNER
                                                                           United States District Judge